UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

LAMONT JACOBS,

        Plaintiff,

   vs.

EVERY JAIL, EVERY COUNTY TOWN, and GEORGE BOB WILLISON,

        Defendants.

NO. CV-07-113-RHW

ORDER DISMISSING ACTION FOR LACK OF VENUE

    Plaintiff, a prisoner at the Auburn Correctional Facility in Auburn, New York, seeks to file *in forma pauperis* a *pro se* civil rights complaint by a prisoner under 42 U.S.C. § 1983. Plaintiff did not supply a six month statement of his inmate account as required by 28 U.S.C. § 1915(a)(2).

    In any event, Plaintiff's complaint appears frivolous. His Statement of Claim reads in total: "its from my propertys [sic] and from town to town county to county in this whole world and yes I'am [sic] the Boss of the whole indestrys [sic] and of the whole compaines [sic]." He presents no facts from which a court could infer persons acting under color of state law violated his constitutionally protected rights. He requests no relief.

    Nothing in the complaint suggests venue is appropriate in the

ORDER DISMISSING ACTION FOR LACK OF VENUE -- 1

Eastern District of Washington. Plaintiff is not incarcerated here. He has identified no events which occurred here. It appears none of the Defendants would be subject to personal jurisdiction in this judicial district. Simply saying, "every jail every county town," is unhelpful within the meaning of the rules of pleadings.

Based on the Statement of Claim, the court finds it would not be in the interest of justice to transfer this case to the United States District Court, Southern District of New York. *See* 28 U.S.C. §§ 1391 and 1406. Accordingly, **IT IS ORDERED** this action is **DISMISSED for lack of venue.**

**IT IS SO ORDERED.** The District Court Executive shall enter this order, enter judgment, forward copies to Plaintiff and close this file. Plaintiff shall file no further documents in this file.

**DATED** this 4th day of May 2007.

*S/Robert H. Whaley*

Robert H. Whaley
Chief United States District Judge

Q:\CIVIL\2007\Jacobs\dismiss.wpd

ORDER DISMISSING ACTION FOR LACK OF VENUE -- 2