Case 2:07-cv-00113-RHW   Document 7   Filed 05/04/2007

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

Jacobs

v.

every jail in every county in every town.........

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-113-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to   hearing   before the Court. The issues have been heard   and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  this action is DISMISSED for lack of venue, JUDGMENT entered and case closed.

| | |
|---|---|
| 05/04/07 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |