AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
### Eastern District of Washington

Jacobs

v.

every jail in every county in every town.........

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-113-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is DISMISSED for lack of venue, JUDGMENT entered and case closed.

05/04/07
*Date*

JAMES R. LARSEN
*Clerk*
s/ Vikki Johnson
*(By) Deputy Clerk*
Vikki Johnson